PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
OWEN ROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROMMEL CIPRIANO, <br><br> Defendant, | CASE NO. 2:17-MJ-0041 CKD <br><br> [PROPOSED] ORDER TO UNSEAL COMPLAINT |

The government's request to unseal the complaint and this case is GRANTED.

Dated: March 16, 2017

HON. DEBORAH BARNES
U.S. Magistrate Judge