UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 21, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-044 KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ROMMEL CIPRIANO, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROMMEL CIPRIANO Case No. 2:17-cr-044 KJM Charges 18 U.S.C. §§846, 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $ $50,000.00

_____ Appearance Bond with 10% Deposit   *CC Signed by Revel Cipriano Jr. and Revel Cipriano Jr*

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on January 21, 2020 at 3:05 pm P.M.

By: _____
Magistrate Judge Carolyn K. Delaney