RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
Rsp@rspollocklaw.com

Attorney for Defendant-Movant
ROMMEL CIPRIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROMMEL CIPRIANO,<br><br>*Defendant-Movant.* | No. 2-17-CR-00044-KJM [CKD]<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>JUDGE: HON. KIMBERLY J. MUELLER |

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

It is hereby stipulated and agreed between defendant, ROMMEL CIPRIANO, by and through his counsel of record Randy Sue Pollock and plaintiff, United States of America, by and through Assistant United States Attorney Paul Hemesath, that the Court should delete the condition of drug testing that was ordered on January 21, 2020. Following his release from custody Mr. Cipriano was in drug treatment at Wellspace for three months. Since then, he has been regularly testing through pretrial services. Presently he is busy as a contractor driving to and from various sites in the Bay Area and is concerned that he might miss a testing call. His pretrial service officer,

Sean Hamel, in the Northern District of California has no objection to deletion of the drug testing condition.

Dated: July 8, 2021    Respectfully submitted,

    *s/ Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant Rommel Cipriano

Date: July 8, 2021    *s/PAUL HEMESATH*
PAUL HEMESATH
Assistant United States Attorney

**ORDER**

For the reasons stated in the parties' stipulation, the Court GRANTS the request and deletes the condition of drug testing.

IT IS SO ORDERED.

Dated: July 14, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE