RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone:  510-763-9967
Facsimile:   510-380-6551
Rsp@rspollocklaw.com

Attorney for Defendant-Movant
ROMMEL CIPRIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00044-KJM [CKD] |
| *Plaintiff,* | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| ROMMEL CIPRIANO, | |
| *Defendant-Movant.* | |

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

It is hereby stipulated and agreed between defendant, ROMMEL CIPRIANO, by and through his counsel of record Randy Sue Pollock and plaintiff, United States of America, by and through Assistant United States Attorney Alexis Klein, that the Court should delete the condition of a third-party custodian that was ordered on January 21, 2020.  Mr. Cipriano is working fulltime as a contactor and would like to live outside his parent's home.  There have been no violations of his release conditions since his release from drug treatment in April 2020.

Sean Hamel, his pretrial service officer, in the Northern District of California has no objection to deletion of the third party custodian condition.

Dated: June 6, 2022  Respectfully submitted,

    *s/ Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant Rommel Cipriano

Date:   June 17, 2022  s/ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

**ORDER**

For the reasons stated in the parties' stipulation, the Court GRANTS the request and deletes the condition of the third party custodian.

IT IS SO ORDERED.

Dated: June 21, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE